# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

FRANK C. FLEMING,

    Plaintiff,

v.                                             Case No. 5:14-cv-533-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Frank C. Fleming's appeal from a final decision of the Commissioner of the Social Security Administration ("Commissioner"), which the Court referred to United States Magistrate Judge Philip R. Lammens for a report and recommendation.

On December 17, 2015, Judge Lammens issued a Report and Recommendation recommending that the Commissioner's decision be affirmed (Doc. 20). Having reviewed the Report and Recommendation (Doc. 20) and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this 13 day of January, 2016.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record